AFFIDAVIT of TRUTH

IN THE UNITED STATES FEDERAL DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA
OKLAHOMA CITY DIVISION

**FILED**

OCT 21 2019

CARMELITA REEDER SHINN, CLERK
U.S. DIST. COURT, WESTERN DIST. OKLA.
BY_____, DEPUTY

Dwight L. Allen,
    Claimant,

CIVIL COMPLAINT

-VS-

CIV 19  958  D

THE CHICKASAW INDIAN NATION,
THE UNITED STATES OF AMERICA,
THE STATE OF OKLAHOMA,
    Defendants.

"BREACH OF TREATY OBLIGATIONS"

Comes NOW Dwight L. Allen, Claimant in this Civil action to Bring Forth Evidence of Being a Decendant of Grandparents who were unlawfully enslaved by the Chickasaw Indian Nation and once FREED the Claimants enslaved ancestor's were denied money and land Promised them by the federal Government, VIA Treaty with the Chickasaw Indian Nation.

The Claimant contends that the Dawes Final Roll Chickasaw FREEDMEN CARD #277, Birth & Death Certificates Along with other Family Documents will prove that JEFF HARPER, who was the slave of FRANK COLBERT, a Citizen of the Chickasaw Nation, MARRIED PATSY FISHER, who was the slave of OSBOURN FISHER, Also a Citizen of the Chickasaw Indian Nation, ON OR ABOUT the Late 1800's. Family RECORD'S WILL PROVE
(Family has Marriage records)

(1.)

That <u>JEFF HARPER</u> and <u>PATSY FISHER-HARPER</u>, had NINE (9) Children, The Child that links the Claimant MR. Allen to the Slave Ancestry is JEFF AND PATSY'S OLDEST Child, <u>EFFIE HARPER</u>. THE Family Records show that Effie Harper, married DAVE TURNER SR. ON OR ABOUT JUNE 29th, 1899.

Family Records show that Dave Turner SR. and Effie Harper-Turner had SIX (6) Children, Five (5) girls and one (1) BOY. Dave and Effie named their only son <u>DAVE TURNER JR. (Tommie)</u>. The Claimant contends that (Tommie) is the Slave Ancestry Link to Him.

Family Records show that Dave Turner JR. (Tommie) married ANNIE in 1926. Tommie and Annie Turner had TWENTY TWO (22) Children Eighteen (18) Boys and Four (4) girls. The Claimant contends that Annie and Tommie's oldest Child, [COZY B. TURNER] Born July 2nd, 1927 is the Slave Ancestry Link to the Claimant MR. Dwight L. Allen. Family Records show that COZY B. TURNER AND WILLIE ALLEN had Two (2) Daughters, The Youngest of the Two (2) girls <u>PATSY ANN ALLEN</u> was Born on OCTOBER 10th, 1948. Patsy Ann Allen and Joe H. Rodgers Had Three (3) Children ONE (1) Daughter and Two (2) Son's The Youngest Son is the Claimant [MR. Dwight L. Allen] (OFFICIAL COMPLAINT) who was Born on May 22nd, 1968.

THE Claimant MR. Dwight L. Allen contends that the 13th Amendment to the United States Constitution is the Law that FREED all Person's Held under Slavery in the United States of America, all Districts and Territory's under the Direct Control of the United States Federal Government. The 13th Amendment became Law on December 6th, 1865. The Claimant contends that on July 8th, 1868, The 14th Amendment to the United States Constitution went into Effect, this is the Law that made the Newly FREED Slaves Citizens of the United States of America, and Provided these Ex-Slaves By Law with the Right to DUE PROCESS and the Equal Protection of the Law.

(2.)

The Claimant contends that the United States of America made another giant step toward achieving Manifest Destiny in 1803 by making the Louisiana Purchase from the French, this huge Land Purchase included the Oklahoma Territory. The Oklahoma Territory became the destination for the American Indians during the tragic Trail of Tears. The Claimant contends that during the Re-Settlement of the Indian Tribes by the Federal Government to the Oklahoma Territory, WHITE Southern Slave owner's mixed in with the Indian TRIBES and once arriving in the Oklahoma Territory these White Slave owner's RE-instituted Slavery and married Indian women of various TRIBES. THE Claimant contends that these White Slave owner's began having mixed Race Children by these Indian women, in order to gain Citizenship within the various TRIBES, by marriage not by Blood according to the Dawes ROLLS.

The Claimant contends that under tribal Leadership these White Slave owner's Disregarded all Laws pertaining to Slavery. The Federal Government along with Tribal Leadership assisted these White Southern Slave owner's in their PLOT to Re-Instate a harsher Slave institution that went unchecked by the Federal Government and Tribal Leader for an Additional 45 years, after the Federal Government had abolished Slavery VIA. 13th Amendment in 1865. The Federal Government was forced to address this Slave "CRISIS", within the Oklahoma Territory, During the Oklahoma Territory's Application for Statehood in 1898. The Federal Government VIA Treaty/Contract forced the Indian Tribes to FREE all person's held in their possession as Slaves. Oklahoma became a State in 1907, State officials were given Responsibility's by the Federal

(3.)

Government to keep a close watch on this Slave "CRISIS."
The Federal Government Referred to these Slaves held in Indian possession as "FREEDMEN."

THE Federal Government SEEING this extention of Slavery not only unlawful But a moral Issue, Passed Legislation to end the Indian Slave "CRISIS" and Provided money and Land to each Indian Tribe, money and Land that was to Be Distributed among the "FREEDMEN," and their Family's.

THE Claimant contends that Records Show that every Indian Tribe Fulfilled their Treaty Obligation's in Distributing Federal money and Land, except for the Chickasaw and Choctaw Indian Nations.

THE Claimant is asking that this Honorable Court Issue an Injunction to the Oklahoma Executive Branch of State Government and the Federal Executive Branch of Governments; An Injunction that would Force Both the Federal and State Governments to work together Along with the Chickasaw Indian Nations Leadership to achieve Accountability, to the Living Decendants of The "FREEDMEN"/Ex-Slaves of the Chickasaw Indian Nation. "Accountability," For money and Land that the Chickasaw Indian Nation Deprived these FREEDMEN/ex-Slaves and their Family's. Money That was Provided them By the United States Federal Government VIA. TREATY/CONTRACT.

(4.)

I Dwight L. Allen, Declare under the Penalty of PERJURY that the facts contained in this Complaint is True and Correct to the best of my knowledge

This 15th Day of October, 2019.

x _Dwight L. All_____
Dwight L. Allen
The Living Principle
UCC1-308